UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:25-CR-00260-HEA-SPM |
| ALBERT JAMES, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

All pretrial matters in the above-referenced case have been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). On June 16, 2025, Defendant filed a Motion to Suppress Physical Evidence & Suggestions in Support Thereof (ECF No. 20) and a Motion to Suppress Statements & Suggestions in Support Thereof (ECF No. 21). The Government responded on July 7, 2025 (ECF No. 25).

Accordingly,

**IT IS HEREBY ORDERED** that an evidentiary hearing is scheduled on **Wednesday, December 17, 2025, at 9:30 am,** before the undersigned in Courtroom 13-South. Defendant and counsel are required to be present.

**IT IS FURTHER ORDERED** that counsel for both parties should exchange a list of expected witnesses and exhibits and share the same with the Court no later than the scheduled start time of the evidentiary hearing. To the extent possible, the parties should also provide the Court with courtesy copies of all exhibits they intend to introduce at the hearing. The parties are required to retain all exhibits received into evidence during any hearing held before the undersigned until the time for filing a Notice of Appeal has expired.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of November, 2025.