IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Cause No.: 4:25-cr-00260-HEA-SPM
)
ALBERT JAMES, )
)
Defendant. )

## MOTION TO CONTINUE THE FEBRUARY 4, 2026, EVIDENTIARY HEARING

COMES NOW Defendant, by and through his undersigned counsel of record, and for and in support of his motion to continue the February 4, 2026, evidentiary hearing in this matter, states as follows:

1. This matter is currently set for an evidentiary hearing on February 4, 2026. (R. Doc. 65).

2. On January 20, 2026, Defendant filed a motion for leave to permit remote testimony of an out-of-state witness and sought issuance of a subpoena compelling that witness's remote testimony. (R. Docs. 66 and 66-1).

3. The Government was directed by the Court to file a response to that motion no later than yesterday January 28, 2026. (R. Doc. 67).

4. The Government has failed to file a response.

5. Even if the Court were to grant the request at this point, there is no guarantee that the witness could be served with sufficient notice to attend the

hearing nor that appropriate logistical considerations could be made to accommodate the remote testimony.

6. As set forth in the filed motion (and as the Court is aware from other filings) the Defendant believes this is an essential witness for purposes of this evidentiary hearing.

7. Defendant does not believe he can have a full and fair hearing without this witness's testimony.

8. Accordingly, Defendant requests that the Court remove this matter from the docket of February 4, 2026, and reset this matter for a status conference to address this issue and discuss a new date for the hearing.

WHEREFORE, Defendant respectfully requests that the evidentiary hearing set for February 4, 2026, be vacated and this matter be set for a status hearing, and for such further relief as the Court deems just and proper in the premises.

Respectfully submitted,

NEWTON BARTH, L.L.P

By: */s/ Talmage E. Newton IV*
Talmage E. Newton IV, MO56647
talmage@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office
(314) 762-6710 – Facsimile

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically served on all parties

of record and filed with the court via the court's e-filing System on this 29th day of January, 2026.

*/s/ Talmage E. Newton IV*