UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:25-cr-260 ZMB-SPM |
| v. | ) | |
| | ) | |
| ALBERT JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF THE GOVERNMENT REGARDING

## MOTION TO CONTINUE AND SUBPOENA REQUEST

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United

States Attorney for the Eastern District of Missouri, and Dianna R. Collins, an Assistant United States

Attorney for said District, and for the Government's response, states as follows:

The Government has no objection to who the defense calls a witness or if the Court allows them

to testify remotely. Obviously, the subject matter of their testimony may be objectionable, but their

presence is not.

Respectfully submitted,

THOMAS C. ALBUS,
United States Attorney

/s/ *Dianna R. Collins*
Dianna R. Collins, #59641MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the defendant's counsel of record.

/s/ *Dianna R. Collins*
Dianna R. Collins, #59641 MO
Assistant United States Attorney