UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 4:25-cr-260 ZMB (SPM) |
| ALBERT JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

## **GOVERNMENT'S EXHIBIT LIST**

COMES NOW the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Dianna R. Edwards, United States Attorneys for said District, and submits the following exhibit list for the evidentiary hearing in the above cause:

1. Camera Video- Kyle English Stream 0

    a. Transcript of Camera Video- Kyle English Stream 0

2. Camera Video- Kyle English Stream 2

    a. Transcript of Camera Video- Kyle English Stream 2

3. Camera Video- Matt Clement Stream 0

    a. Transcript of Camera Video- Matt Clement Stream 0

4. Camera Video- Matt Clement Stream 2

    a. Transcript of Camera Video- Matt Clement Stream 2

5. 5(a)-5(ee) Photos from Search of Vehicle

| | | |
|---|---|---|
| a | Bated Stamped | Gov-000032 |
| b | Bated Stamped | Gov-000033 |

1

| c | Bated Stamped | Gov-000034 |
|---|---|---|
| d | Bated Stamped | Gov-000035 |
| e | Bated Stamped | Gov-000036 |
| f | Bated Stamped | Gov-000037 |
| g | Bated Stamped | Gov-000038 |
| h | Bated Stamped | Gov-000039 |
| i | Bated Stamped | Gov-000040 |
| j | Bated Stamped | Gov-000041 |
| k | Bated Stamped | Gov-000042 |
| l | Bated Stamped | Gov-000043 |
| m | Bated Stamped | Gov-000044 |
| n | Bated Stamped | Gov-000045 |
| o | Bated Stamped | Gov-000046 |
| p | Bated Stamped | Gov-000047 |
| q | Bated Stamped | Gov-000048 |
| r | Bated Stamped | Gov-000049 |
| s | Bated Stamped | Gov-000050 |
| t | Bated Stamped | Gov-000051 |
| u | Bated Stamped | Gov-000052 |
| v | Bated Stamped | Gov-000053 |
| w | Bated Stamped | Gov-000054 |
| x | Bated Stamped | Gov-000055 |
| y | Bated Stamped | Gov-000056 |
| z | Bated Stamped | Gov-000057 |
| aa | Bated Stamped | Gov-000058 |
| bb | Bated Stamped | Gov-000059 |
| cc | Bated Stamped | Gov-000060 |
| dd | Bated Stamped | Gov-000061 |
| ee | Bated Stamped | Gov-000062 |

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Dianna R. Edwards*
DIANNA R. EDWARDS 59641MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

2

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026 attached was filed electronically with the Clerk of the Court and served by way of this Court's Electronic Notification System upon all counsel of record.

/s/ DIANNA R. EDWARDS
DIANNA R. EDWARDS, 59641MO
Assistant United States Attorney

3