IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:25-cr-00260-HEA-SPM |
| | ) | |
| ALBERT JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO TRAVEL OUT OF DISTRICT**

COMES NOW Defendant Albert James, by and through his undersigned counsel, and respectfully requests this Honorable Court to allow the following travel event.

1. Defendant respectfully requests permission to travel to Jasper, Georgia from October 8, 2026 to October 12, 2026, to attend his nephew's wedding.

2. Defendant would travel from his residence in the Eastern District of Missouri to Jasper Georgia (Northern District of Georgia) for this personal trip to attend his nephew's wedding.

3. Defendant intends to travel by car, with his girlfriend, from his residence in the Eastern District of Missouri to Jasper, Georgia, departing October 8, 2026 and returning to his residence on October 12, 2026.

4. Defendant will stay at an Airbnb in Jasper, Georgia.

5. Defendant's trial date has not been set.

6. On information and belief pretrial services have been notified of this request and has no objections to the request.

7. The Assistant United States Attorney has been notified of this request and defers to pretrial services.

8. If this travel is allowed the Defendant will keep his U.S. Pretrial Services Officer informed of the travel itinerary and any changes thereto.

WHEREFORE, Defendant Albert James respectfully prays that this Court enter its Order granting defendant's motion for request to travel; and for such further relief as this Court deems just and proper.

Respectfully submitted,

NEWTON BARTH, L.L.P

By: ______________________________

Talmage E. Newton IV, IL6305302
talmage@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office

Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically served on all parties of record via the court's e-filing System on the 23rd day of September, 2026.