IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:25-cr-00260-HEA-SPM |
| | ) | |
| ALBERT JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO TRAVEL OUT OF DISTRICT**

COMES NOW Defendant Albert James, by and through his undersigned counsel, and respectfully requests this Honorable Court to allow the following travel event.

- Holiday travel to Balsco, Illinois (Hancock County) from November 25, 2026 to November 29, 2026.

1. Defendant respectfully requests permission to travel to Balsco, Illinois from November 25, 2026, to November 29, 2025, for personal travel for the Thanksgiving holiday to visit his girlfriend's mother.

2. Defendant would travel from his residence in the Eastern District of Missouri to Balsco, Illinois for the personal trip.

3. Defendant intends to travel by car from his residence in the Eastern District of Missouri, to Balsco, Illinois, departing November 25, 2025, and returning to his residence on November 29, 2025.

4. Defendant will stay at his girlfriend's mother's house located in Balsco, Illinois.

5. On information and belief pretrial services has been notified of this request and does not oppose it.

6. Defendant's trial date has not been set.

7. The Assistant United States Attorney has been notified of this request and defers the pre-trial officer.

8. If this travel is allowed the Defendant will keep his U.S. Pretrial Services Officer informed of the travel itinerary and any changes thereto.

WHEREFORE, Defendant Albert James respectfully prays that this Court enter its Order granting defendant's motion for request to travel; and for such further relief as this Court deems just and proper.

Respectfully submitted,

NEWTON BARTH, L.L.P

By: ______________________________

Talmage E. Newton IV, IL6305302
talmage@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office

Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically served on all parties of record via the court's e-filing System on the 5th day of November 2026.

